IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3148 |
| vs. | ORDER |
| DUSTIN HANSEN, | |
| Defendant. | |

The court previously ordered Defendant detained. (Filing No. 15). Citing a treatment evaluation, (Filing No. 25), Defendant moved for release to live with his wife and engage in outpatient treatment. Defendant is willing to comply with all conditions set forth in the Adam Walsh Act.

Upon review of the totality of information before the court, including the facts within the affidavit in support of the underlying criminal complaint, the court finds by clear and convincing evidence that Defendant's proposed release to treatment and subject to the conditions of the Adam Walsh Act will pose a risk of harm to the public.

Accordingly,

IT IS ORDERED that Defendant shall remain detained.

December 19, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge