IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3148 |
| v. | ) | |
| DUSTIN HANSEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's request to file restricted document (filing no. 30) is granted.

(2) The government shall respond to the defendant's submission (filing no. 31, appeal of magistrate judge's denial of defendant's motion for release) by Friday, December 29, 2017.

DATED this 20th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge