IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DUSTIN HANSEN,<br><br>                Defendant. | 4:17CR3148<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

    The defendant appeared before the Court on April 21, 2025 regarding Petition for Offender Under Supervision [78]. Jessica Milburn represented the defendant. Julie Ann Mruz represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

    The defendant appeared by summons, or is otherwise not in custody, and will not be detained. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on July 16, 2025.

    The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision with the additional condition (cc) You are prohibited from using or possessing any computer(s) (including any handheld computing device, any electronic device capable of connecting to any online service, or any data storage media) without the prior written approval of the probation officer. This includes, but is not limited to, computers at public libraries, Internet cafes, or your place of employment or education.

    **IT IS SO ORDERED**.

    Dated this 21st day of April, 2025.

                                                       BY THE COURT:

                                                     *s/ Jacqueline M. DeLuca*
                                                     United States Magistrate Judge